UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Action No.**

GUSTAVO ARAUJO,

    Plaintiff,

v.

MRS BPO, LLC,

    Defendant.

## NOTICE OF REMOVAL (FEDERAL QUESTION)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant MRS BPO, LLC ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Gustavo Araujo v. MRS BPO, LLC* from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida under Case No.: 2021-018612-CC-05 ("State Court Action") to the United States District Court for the Southern District of Florida. In support of removal, Defendant, by and through its attorneys, states as follows:

    1.    On July 4, 2021, Plaintiff Gustavo Araujo ("Plaintiff") filed this action in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of the state court record is attached and marked as Exhibit A.

    2.    Plaintiff served Defendant on July 16, 2021. This removal is timely pursuant to 28 U.S.C. § 1446(b).

    3.    This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by

Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. This Court is the proper district for removal because the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is located within the jurisdiction of the United States District Court for the Southern District of Florida.

4. The undersigned is not aware of any other documents that have been filed in this matter.

5. Notice of this removal will be filed with the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

6. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant requests that further proceedings in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be discontinued and that this action be removed in its entirety to the United States District Court for the Southern District of Florida, which will then assume full jurisdiction over this cause of action.

|  |  |
|---|---|
| Dated: August 5, 2021 | /s/ Ronald S. Canter |
|  | Ronald S. Canter, Esq. |
|  | Bar # 335045 |
|  | The Law Offices of Ronald S. Canter, LLC |
|  | 200A Monroe Street, Suite 104 |
|  | Rockville, Maryland 20850 |
|  | Telephone: (301) 424-7490 |
|  | Facsimile: (301) 424-7470 |
|  | rcanter@roncanterllc.com |
|  |  |
|  | *Local address:* |
|  | 400 S. Dixie Hwy #322 |
|  | Boca Raton, Florida 33432 |
|  | *Attorneys for Defendant MRS BPO, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that on August 5, 2021 he served the following parties with a copy of the Notice of Removal in Federal Court with Exhibit A, Civil Cover Sheet and this Certificate of Service via U.S. mail addressed as follows:

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Fort Lauderdale, FL 33301

|  |  |
|---|---|
| Dated: August 5, 2021 | /s/ Ronald S. Canter |
|  | Ronald S. Canter, Esq. |
|  | *Attorneys for Defendant MRS BPO, LLC* |